UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kathleen Marie Laughy

    v.                      Civil No. 12-cv-3-JL

Michael J. Astrue, Commissioner,
Social Security Administration

**O R D E R**

Counsel are advised that Attorney Roundy's brother-in-law is employed as a law clerk in my chambers. He will not participate in any way in the work on, or consideration or discussion of, any issue in this case with the judge or any other employee of the court. Still, out of deference to the parties and counsel, any party may request recusal on this basis if desired.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: March 2, 2012

cc: Christopher G. Roundy, Esq.